1  John W. Sheller (SBN: 67519)
   David C. Hunter (SBN: 208155)
2  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
3  Los Angeles, CA 90025
   T: 310-909-8000
4  F: 310-909-8001

5  Attorneys for
   Specially Appearing Defendant
6  DAVID SMITH

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9                     WESTERN DIVISION

10 KIRBY MORGAN INC., a California          Case No. CV08-06531 PSG (FFMx)
   Corporation,
11                                          SPECIALLY APPEARING RESPONDENT
                                            DAVID SMITH'S NOTICE OF PETITION
12         Claimant,                        AND PETITION TO QUASH CLAIM IN
                                            ARBITRATION FOR LACK OF
13    vs.                                   PERSONAL JURISDICTION;
                                            MEMORANDUM OF POINTS AND
14 HYDROSPACE LTD., A Scottish Limited      AUTHORITIES IN SUPPORT THEREOF;
   Liability Corporation; DAVID SMITH, an   DECLARATION OF DAVID SMITH IN
15 individual resident of Scotland;         SUPPORT THEREOF; AND [PROPOSED]
                                            ORDER THEREON
16
          Respondents.                      [California Code of Civil Procedure §410.10]
17
                                            DATE: 10/27/08
18                                          TIME: 1:30 p.m.
                                            DEPT.: Roybal, 790
19
                                            AAA Arbitration Filed: September 15, 2008
20                                          Arbitration Hearing Date: None Set

21                                          No. 55 155 T 00368 08
                                            [International Centre for Dispute Resolution]
22

23

24 TO KIRBY MORGAN INC. AND ITS ATTORNEYS OF RECORD:

25     PLEASE TAKE NOTICE that on October 27 2008 at 1:30 p.m. or as soon

26 thereafter as the matter may be heard in Courtroom 790 of the above-entitled Court, located

27 at 255 E. Temple St., Los Angeles, CA 90012, specially appearing Respondent DAVID

28 SMITH ("Smith") will petition this Honorable Court to quash the Claim in Arbitration filed by

                                           1
                        PETITION TO QUASH BY DAVID SMITH
                                                                    31121353v1 891833 68704

KIRBY MORGAN INC. as to Smith on the grounds that neither this Court nor the American Arbitration Association has personal jurisdiction over him.

This Petition to Quash is based on the Due Process Clause of the United States Constitution, California *Code of Civil Procedure* §410.10 and the lack of personal jurisdiction of the courts of this State (and the United States) over Smith, a citizen of the United Kingdom and resident of Scotland. Neither this Court nor the American Arbitration Association has proper personal jurisdiction over Smith because his due process rights and individual liberty interests will be severely prejudiced by forcing him to litigate in this distant, inconvenient forum with which he has absolutely no contacts.

The Petition is based on this Notice, the Memorandum of Points and Authorities in Support thereof, the Declaration of David Smith and exhibits thereto, as well as such oral and documentary evidence as may be presented at the hearing of this Petition.

Dated: October 2, 2008

HINSHAW & CULBERTSON LLP

_____
John W. Sheller
David C. Hunter
on behalf of Specially Appearing Respondent
DAVID SMITH

# TABLE OF CALIFORNIA AUTHORITIES

## CASES

*Berard Construction Co. v. Municipal Court* (1975) 49 Cal.App.3d 710, 122 Cal.Rptr. 825, 832.................................................................................................................................3

*Fazzi v. Peters* (1968) 68 Cal.2d 590, 594, 68 Cal.Rptr. 170 ...........................................6

*Ikerd v. Warren T. Merrill & Sons* (1992) 9 Cal.App.4th 1833, 1842, 12 Cal.Rptr.2d 398.........6

*Mihlon v. Superior Court* (1985) 169 Cal.App.3d 703, 713-716, 215 Cal.Rptr. 442 ...............4

*Pedus Bldg. Servs., Inc. v. Allen* (2002) 96 Cal.App.4th 152, 116 Cal.Rptr.2d .....................3

*Rollins Burdick Hunter of So. Calif., Inc. v. Alexander & Alexander Servs. Inc.* (1988) 206 Cal.App.3d 1, 9, 253 Cal.Rptr. 338 ..................................................................................4

*Ruger v. Superior Court* (1981) 118 Cal.App.3d 427, 433, 173 Cal.Rptr. 302 .....................4

*Southern Cal. Pipe Trades Dist. Council No. 16 v. Merritt* (1981) 126 Cal.App.3d 530, 536, 179 Cal.Rptr. 794...............................................................................................................6

*Ziller Electronics Lab GmbH v. Superior Court* (1988) 206 Cal.App.3d 1222, 1233, 254 Cal.Rptr. 410.......................................................................................................................2

## STATUTES

California *Code of Civil Procedure* §410.10 .....................................................................2

California *Code of Civil Procedure* §1287.4......................................................................6

California *Code of Civil Procedure* §1293 ........................................................................5

California *Code of Civil Procedure* §1917 ........................................................................6

## TREATISES

Weil & Brown, Cal. Practice. Guide: Civil Procedure Before Trial (TRG), Ch. 3. .................5