John W. Sheller (SBN: 67519)
David C. Hunter (SBN: 208155)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
T: 310-909-8000
F: 310-909-8001

Attorneys for
Specially Appearing Defendant
DAVID SMITH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**BAKERSFIELD DIVISION**

KIRBY MORGAN INC., a California Corporation,

Claimant,

vs.

HYDROSPACE LTD., A Scottish Limited Liability Corporation; DAVID SMITH, an individual resident of Scotland;

Respondents.

**Case No. CV08-06531 PSG (FFMx)**

**SUPPLEMENTAL PROOF OF SERVICE OF:**

1) **SPECIALLY APPEARING RESPONDENT DAVID SMITH'S NOTICE OF PETITION AND PETITION TO QUASH CLAIM IN ARBITRATION FOR LACK OF PERSONAL JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF SMITH IN SUPPORT THEREOF; AND [PROPOSED] ORDER THEREON**

2) **DECLARATION OF DAVID SMITH IN SUPPORT OF PETITION TO QUASH CLAIM IN ARBITRATION FOR LACK OF PERSONAL JURISDICTION**

3) **[PROPOSED] ORDER ON PETTION TO QUSH CLAIM IN ARBITRAITON FOR LACK OF PERSONAL JURISDICTION**

**4) NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

**5) CIVIL CASE COVER SHEET**

**6) CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**7) UNITED STATES DISTRICT COURT NOTICE TO COUNSEL**

**8) NOTICE TO PARTIES OF ADR PROGRAM**

**9) ADR PILOT PROGRAM QUESTIONNAIRE**

**10) UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CVILITY AND PROFESSIONALISM GUIDLINES**



## Shipment Receipt

(Keep this for your records.)

**Transaction Date** 07 Oct 2008

**Address Information**

**Ship To:**
LESSER & ASSOCIATES APLC
RICHARD A. LESSER, ESQ.
3109098042
1 PEARL STREET
REDONDO BEACH CA 90277-3739

**Shipper:**
HINSHAW & CULBERTSON LLP (LA)
DAVID C. HUNTER, ESQ.
3109098000
11601 WILSHIRE BLVD
SUITE 800
LOS ANGELES CA 90025

---

**Shipment Information**

| | | | |
|---|---|---|---|
| **Service:** | UPS Ground Service | | |
| **Quantum View Notify SM 1:** Delivery | rmojica@hinshawlaw.com | | |
| **E-mail Failure Notification:** | rmojica@hinshawlaw.com | .................. | No Charge |
| **Quantum View Notify SM** | Total: | .................. | No Charge |
| **Fuel Surcharge:** | | .................. | **0.39 |
| **Shipping:** | | .................. | **4.20 |

---

**Package Information**

**Package 1 of 1**

| | |
|---|---|
| Tracking Number: | 1Z98V8920395741208 |
| Package Type: | My Packaging |
| Actual Weight: | 1.0 lbs |
| Billable Weight: | 1.0 lbs |
| Client Matter Number: | 0891833 |
| Attorney Initials: | DCH |

---

**Billing Information**

**Bill Shipping Charges to:** Shipper's Account 98V892

| | | |
|---|---|---|
| **Total:** | **All Shipping Charges in USD** | ****4.59** |
| **Negotiated Total:** | | ****4.59** |

**Note:** Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

** Detailed information on fuel surcharges is also available.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.



"UPS Quantum View"
<auto-notify@ups.com>
10/08/2008 12:59 PM

Please respond to
auto-notify@ups.com

To rmojica@hinshawlaw.com
cc
bcc
Subject UPS Delivery Notification, Tracking Number 1Z98V8920395741208



***Do not reply to this e-mail. UPS and Hinshaw & Culbertson LLP (LA) will not receive your reply.

**At the request of Hinshaw & Culbertson LLP (LA), this notice alerts you that the shipment listed below has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 08-October-2008 / 12:19 PM
**Delivery Location Left At:** FRONT DESK
**Signed by:** HOUSTON

## Shipment Detail

**Ship To:**
Richard A. Lesser, Esq.
Lesser & Associates APLC
1 PEARL ST
REDONDO BEACH
CA
90277
US

| | |
|---|---|
| **UPS Service:** | GROUND |
| **Weight:** | 1.0 LBS |
| **Tracking Number:** | 1Z98V8920395741208 |
| **Reference Number 1:** | 0891833 |
| **Reference Number 2:** | DCH |

____2II2II248MwQZJk4MNfEjT9fG.9jACjArEM4____



## Shipment Receipt

(Keep this for your records.)

**Transaction Date** 07 Oct 2008

**Address Information**

**Ship To:**
KIRBY MORGAN INC.
C/O DANIEL M. CISLO, ESQ.
3109098042
CISLO & THOMAS
1333 2ND STREET
SUITE 500
SANTA MONICA CA 90401

**Shipper:**
HINSHAW & CULBERTSON LLP (LA)
DAVID C. HUNTER, ESQ.
3109098000
11601 WILSHIRE BLVD
SUITE 800
LOS ANGELES CA 90025

---

**Shipment Information**

| | | | |
|---|---|---|---|
| **Service:** | UPS Ground Service | | |
| **Quantum View Notify SM 1:** Delivery | rmojica@hinshawlaw.com | | |
| **E-mail Failure Notification:** | rmojica@hinshawlaw.com | .................. | No Charge |
| **Quantum View Notify SM** | Total: | .................. | No Charge |
| **Fuel Surcharge:** | | .................. | **0.39 |
| **Shipping:** | | .................. | **4.20 |

---

**Package Information**

**Package 1 of 1**

| | |
|---|---|
| Tracking Number: | 1Z98V8920395902016 |
| Package Type: | My Packaging |
| Actual Weight: | 1.0 lbs |
| Billable Weight: | 1.0 lbs |
| Client Matter Number: | 0891833 |
| Attorney Initials: | DCH |

---

**Billing Information**

**Bill Shipping Charges to:** Shipper's Account 98V892

| | | |
|---|---|---|
| **Total:** | **All Shipping Charges in USD** | ****4.59** |
| **Negotiated Total:** | | ****4.59** |

**Note:** Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

** Detailed information on fuel surcharges is also available.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.



"UPS Quantum View"
<auto-notify@ups.com>
10/08/2008 12:30 PM
Please respond to
auto-notify@ups.com

To   rmojica@hinshawlaw.com
cc
bcc
Subject   UPS Delivery Notification, Tracking Number 1Z98V8920395902016



***Do not reply to this e-mail. UPS and Hinshaw & Culbertson LLP (LA) will not receive your reply.

**At the request of Hinshaw & Culbertson LLP (LA), this notice alerts you that the shipment listed below has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 08-October-2008 / 12:04 PM
**Delivery Location:** RECEIVER
**Signed by:** RIOS

## Shipment Detail

**Ship To:**
c/o Daniel M. Cislo, Esq.
Kirby Morgan Inc.
1333 2ND ST
FLOOR 5 ROOM 500
SANTA MONICA
CA
90401
US

| | |
|---|---|
| **UPS Service:** | GROUND |
| **Weight:** | 1.0 LBS |
| **Tracking Number:** | 1Z98V8920395902016 |
| **Reference Number 1:** | 0891833 |
| **Reference Number 2:** | DCH |



## Shipment Receipt

(Keep this for your records.)

**Transaction Date** 07 Oct 2008

**Address Information**

| **Ship To:** | **Shipper:** |
|---|---|
| INTERNATIONAL CENTRE FOR DIS RES. | HINSHAW & CULBERTSON LLP (LA) |
| CAROLINA S. MACHADO, ICM | ROBIN MOJICA |
| 3109098042 | 3109098000 |
| 1633 BROADWAY | 11601 WILSHIRE BLVD |
| 10TH FLOOR | SUITE 800 |
| NEW YORK NY 10019-6708 | LOS ANGELES CA 90025 |

**Shipment Information**

| | | | |
|---|---|---|---|
| **Service:** | UPS Next Day Air | | |
| **Quantum View Notify SM 1:** Delivery | rmojica@hinshawlaw.com | | |
| **E-mail Failure Notification:** | rmojica@hinshawlaw.com | .................. | No Charge |
| **Quantum View Notify SM** | Total: | .................. | No Charge |
| **Fuel Surcharge:** | | .................. | **6.03 |
| **Shipping:** | | .................. | **22.35 |

**Package Information**

**Package 1 of 1**

| | |
|---|---|
| Tracking Number: | 1Z98V8920196170023 |
| Package Type: | UPS Letter |
| Actual Weight: | Letter |
| Billable Weight: | Letter |
| Client Matter Number: | 0892349 |
| Attorney Initials: | DCH |

**Billing Information**

**Bill Shipping Charges to:** Shipper's Account 98V892

| | | |
|---|---|---|
| **Total:** | **All Shipping Charges in USD** | ****28.38** |
| **Negotiated Total:** | | ****13.74** |

**Note:** Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

** Detailed information on fuel surcharges is also available.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.



"UPS Quantum View"
<auto-notify@ups.com>
10/08/2008 09:01 AM

Please respond to
auto-notify@ups.com

To    rmojica@hinshawlaw.com
cc
bcc
Subject    UPS Delivery Notification, Tracking Number 1Z98V8920196170023



***Do not reply to this e-mail. UPS and Hinshaw & Culbertson LLP (LA) will not receive your reply.

**At the request of Hinshaw & Culbertson LLP (LA), this notice alerts you that the shipment listed below has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 08-October-2008 / 11:13 AM
**Delivery Location:** MAIL ROOM
**Signed by:** GOINES

## Shipment Detail

**Ship To:**
Carolina S. Machado, ICM
International Centre for Dis Res.
1633 BROADWAY
FLOOR 2C
NEW YORK
NY
10019
US

| | |
|---|---|
| **UPS Service:** | NEXT DAY AIR |
| **Shipment Type:** | Letter |
| **Tracking Number:** | 1Z98V8920196170023 |
| **Reference Number 1:** | 0892349 |
| **Reference Number 2:** | DCH |

Robin Mojica /HC30
10/07/2008 12:58 PM

To lesser@divelaw.com, dancislo@cislo.com, MachadoC@adr.org
cc David Hunter/HC30@HC
bcc
Subject Kirby Morgan v. Hydrospace, et al.

On behalf of David Hunter please see the attached.

Kirby (Hydrospace) -.pdf

Robin Mojica
Hinshaw & Culbertson, LLP
Secretary to
David C. Hunter, Esq.
Holly M. Teel, Esq.
11601 Wilshire Boulevard, 8th Floor
Los Angeles, CA 90025
310.909.8000

# PROOF OF SERVICE

***Kirby Morgan v. Hydrospace***
**United State District Court (Central District)**
**Case No. CV08-06531 PSG (FFMx)**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of, State of California. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On October 07, 2008, I served the document(s) entitled:

1) **SPECIALLY APPEARING RESPONDENT DAVID SMITH'S NOTICE OF PETITION AND PETITION TO QUASH CLAIM IN ARBITRATION FOR LACK OF PERSONAL JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF SMITH IN SUPPORT THEREOF; AND [PROPOSED] ORDER THEREON**

2) **DECLARATION OF DAVID SMITH IN SUPPORT OF PETITION TO QUASH CLAIM IN ARBITRATION FOR LACK OF PERSONAL JURISDICTION**

3) **[PROPOSED] ORDER ON PETTION TO QUSH CLAIM IN ARBITRAITON FOR LACK OF PERSONAL JURISDICTION**

4) **NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

5) **CIVIL CASE COVER SHEET**

6) **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

7) **UNITED STATES DISTRICT COURT NOTICE TO COUNSEL**

8) **NOTICE TO PARTIES OF ADR PROGRAM**

9) **ADR PILOT PROGRAM QUESTIONNAIRE**

10) **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CVILITY AND PROFESSIONALISM GUIDLINES**

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated on the next page:

# PROOF OF SERVICE

***Kirby Morgan v. Hydrospace***
**United State District Court (Central District)**
**Case No. CV08-06531 PSG (FFMx)**

| | |
|---|---|
| Richard A. Lesser, Esq.<br>LESSER & ASSOCIATES, PLC<br>1 Pearl Street<br>Redondo Beach, CA 90277<br>Phone: (310) 374-4808<br>Facsimile: (310) 372-7715<br>Email: lesser@divelaw.com | KIRBY MORGAN INC.<br>c/o Daniel M. Cislo, Esq.<br>CISLO & THOMAS LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, CA 90401<br>Phone: (310) 451-0647<br>Facsimile: (310) 394-4477<br>Email: dancislo@cislo.com |
| Carolina S. Machado<br>International Case Manager<br>INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION<br>1633 Broadway, 10th Floor<br>New York, NY 10019<br>Phone: (212) 484-4045<br>Facsimile: (212) 246-7274<br>Email: MachadoC@adr.org | |

**[ X] (VIA OVERNIGHT MAIL)**: I deposited such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

**[ X] (BY E-MAIL OR ELECTRONIC TRANSMISSION):** I caused the documents to be to be sent to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on October 07, 2008 , at Los Angeles, California.

Robin Mojica

Robin Mojica